IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEMUEL ROBERT HALL                                                          PLAINTIFF

VS.                              CASE NO. 06-CV-4065

VERNON ROGER HALL,
CHAD DOWDLE, and SHERIFF
JOHN PARTAIN, Sevier County Sheriff                                         DEFENDANTS

## ORDER

Before the Court is Separate Defendant Vernon Roger Hall's Motion to Dismiss and Motion

for More Definite Statement. (Doc. 8). Plaintiff Lemuel Robert Hall has responded. (Doc. 22).

Also before the Court is Plaintiff Lemuel Robert Hall's Motion for Summary/Default Judgment,

which seeks a default judgment against County Defendant Chad Dowdle in his personal capacity,

Vernon Roger Hall and the Sevier County Sheriff, John Partain. (Doc. 11). The County Defendants

have responded to Plaintiff's Motion for Summary/Default Judgment. (Doc. 14). Separate

Defendant Vernon Roger Hall also has responded to Plaintiff's Motion for Summary/Default

Judgment. (Doc. 18). Plaintiff Lemuel Hall has replied to each response. (Doc. 24). Also before

the Court is County Defendants Chad Dowdle and Sevier County Sheriff John Partain's Motion to

Amend Answer. (Doc. 14). Plaintiff Lemuel Hall has responded. (Doc. 24). The Court held a

hearing on all pending motions on November 14, 2006. These matters are ripe for consideration.

Upon consideration, the Court finds:

(1) Separate Defendant Vernon Roger Hall's Motion to Dismiss should be and hereby is

**GRANTED**;

(2) Lemuel Robert Hall's Motion for Summary/Default Judgment should be and hereby is **DENIED**;

(3) County Defendants Chad Dowdle and Sevier County Sheriff John Partain's Motion to Amend

Answer should be and hereby is **GRANTED**.  Accordingly, all claims asserted by Lemuel Robert

Hall against Separate Defendant Vernon Roger Hall are hereby **DISMISSED WITH PREJUDICE**.


        **IT IS SO ORDERED**, this 22nd day of November, 2006.

_____/s/Harry F. Barnes_____
Hon. Harry F. Barnes
United States District Judge
