IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEMUEL ROBERT HALL                                                                                   PLAINTIFF

VS.                                              CASE NO. 06-CV-4065

VERNON ROGER HALL,
CHAD DOWDLE, and SHERIFF
JOHN PARTAIN, Sevier County Sheriff                                                      DEFENDANTS

**ORDER**

      Before the Court is a Motion for Summary Judgment filed on behalf of Officer Chad Dowdle and Sheriff John Partain. (Doc. 30). Also before the Court is Plaintiff Lemuel Robert Hall's Motion to Dismiss. (Doc. 35). Plaintiff seeks a voluntary dismissal without prejudice of his remaining claims. For reasons discussed in the Memorandum Opinion of even date, the Court finds Defendants Chad Dowdle and Sheriff John Partain's Motion for Summary Judgment should be and hereby is **GRANTED**. It follows that Plaintiff is not entitled to a voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41. Accordingly, Plaintiff's Motion to Dismiss should be and hereby is **DENIED**. Plaintiff's claims against Officer Chad Dowdle and Sheriff John Partain are hereby **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**, this 23rd day of February, 2007.

                                            /s/Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            United States District Judge